UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. HUBBARD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00606-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS TO FILE SECOND AMENDED COMPLAINT IN COMPLIANCE WITH THE COURT'S MAY 15, 2013, ORDER<br><br>(ECF Nos. 9, 16) |

　　　　Plaintiff Anthony E. Mack is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 15, 2013, the Court dismissed the complaint for failure to state a cognizable claim and granted Plaintiff leave to file an amended complaint. On July 12, 2013, the Court granted Plaintiff an extension of thirty days to file an amended complaint.

　　　　On August 23, 2013, Plaintiff filed a motion for reconsideration of the order dismissing his complaint with leave to amend. (ECF No. 15.) The court denied Plaintiff's motion on August 29, 2013.

　　　　Because Plaintiff filed a motion for reconsideration instead of filing an amended complaint, the Court will grant Plaintiff thirty days from the date of service of this order to file an amended complaint in accordance with the Court's May 15, 2013, order. Plaintiff is advised that further extensions of

time will not be granted absent a showing of good cause, and the failure to comply with this order will result in the action being dismissed, with prejudice, for failure to state a cognizable claim.

IT IS SO ORDERED.

Dated: __September 18, 2013__                    _____
                                                 UNITED STATES MAGISTRATE JUDGE